# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**TUSONA BROWN**                                                **PLAINTIFF**

V.                  **CASE NO. 3:08CV00060 JLH-BD**

**MANDY CHILDRESS,** *et al.*                                  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of August, 2008.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE