IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TUSONA BROWN**                                                                                     **PLAINTIFF**

**V.**                          **CASE NO. 3:08CV00060 JLH-BD**

**MANDY CHILDRESS,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE